```
                  IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

DEVON KNOX,                          :
              Plaintiff              :
        v.                           :  Case No. 3:11-cv-135-KRG-KAP
JOHN DOE, WARDEN, S.C.I.             :
HOUTZDALE, et al.,                   :
              Defendants             :

                              MEMORANDUM ORDER

Plaintiff's motion under Fed.R.Civ.P. 59(e) for reconsideration of the dismissal of his amended complaint, docket no. 11, was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(3), and Local Rule 72.F.15 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on March 6, 2012, docket no. 13, recommending that the motion be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had fourteen days to file written objections to the Report and Recommendation. No objections have been filed and the time to do so has expired.

After review of the record of this matter and the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this 27th day of March, 2012, it is

ORDERED that the plaintiff's motion for reconsideration, docket no. 11, is denied. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Devon Knox HT-2866
S.C.I. Dallas
1000 Follies Road
Dallas, PA 18612